1 **WO**

2

3

4

5

6 # IN THE UNITED STATES DISTRICT COURT

7 ## FOR THE DISTRICT OF ARIZONA

8

9 United States of America,                    No. CR-17-00869-01-PHX-DGC (MHB)

10                     Plaintiff,              **DETENTION ORDER**

11 v.

12 Nathaniel Dominick Myers,

13                     Defendant.

14

15         On January 11, 2018, Defendant appeared before this Court on a petition to revoke

16 conditions of release.  The Court considered the information provided to the Court, and

17 the arguments of counsel, in determining whether the Defendant should be released on

18 conditions set by the Court.

19         The Court finds, by clear and convincing evidence, that Defendant has violated the

20 conditions of release and that there is no condition or combination of conditions available

21 to the Court that will reasonably assure the appearance of Defendant as required and the

22 safety of the community.  18 U.S.C. § 3148(b).

23         IT IS THEREFORE ORDERED that Defendant be detained pending further

24 proceedings.

25         Dated this 11th day of January, 2018.

26

27                                    _____
                                       Honorable John Z. Boyle
28                                    United States Magistrate Judge